costs of this appeal to either party. All concurred, except McLennan, P. J., who dissented and voted for affirmance; Foote, J., not sitting.

Christina Kemp, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Order modified by providing that plaintiff be required to pay the full bill of costs as taxed, amounting to seventy-one dollars and forty-five cents, and as modified affirmed, with ten dollars costs and disbursements of this appeal to appellant. All concurred.

James B. Wise, Respondent, v. Law Reporting Company, Appellant.— Order affirmed, without costs. All concurred.

Susan E. Hadcox, Respondent, v. Mary R. Cody, Individually and as Executrix, etc., of James A. Carey, Deceased, and James Carey Cody, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Richard Apthorp, as Administrator, etc., of Mary L. Apthorp, Deceased, Respondent, v. Alfred J. Thurston, as Administrator, etc., of Mary Ann Piper Deceased, Appellant.— Order modified so as to provide that as a condition of the amendment the plaintiff pay to defendant all costs of the action accruing subsequent to notice of trial, including the costs on the former appeal to this court (153 App. Div. 572), and as so modified affirmed, with ten dollars costs and disbursements of this appeal to appellant. All concurred.

Thomas J. McCormick, Respondent, v. Cleveland & Sons Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary T. Maythan, Respondent, v. Elizabeth A. Eddy, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, the action having proceeded to trial with the evidence closed and ready for submission to the court for its determination, the order transferring the cause to the jury calendar was unauthorized, and in any event upon the pleadings as they now stand plaintiff is not entitled to a jury trial. All concurred, except McLennan, P. J., who dissented upon the ground that the discretion of the court at Special Term was properly exercised.

Michael Nicoloff, Respondent, v. Robert G. Scott and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.

Theodore Dzkowski, Appellant, v. Reynoldsville Carting Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the defendant's negligence and plaintiff's freedom from contributory negligence were questions of fact which should have been submitted to the jury.

Philip Hagemann, Respondent, v. Gurney Realty Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Charles L. Davies and W. Lincoln Davies, as Surviving Partners of the Firm of D. J. Davies & Sons, Appellants, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that the rule charged by the judge for measuring the defendant's liability was incorrect; it was too narrow.